UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 11-cv-61359-CMA

ACCESS FOR THE DISABLED, INC., a
Florida Not-For-Profit Corporation, ROBERT
COHEN, Individually, and PATRICIA
KENNEDY, Individually,

    Plaintiffs,

vs.

PLANTATION PROMENADE, LTD., a
Florida Corporation, and BEVERLY HILLS
CAFÉ IX, INC., a Florida Corporation,

    Defendants.
_____/

## NOTICE OF SETTLEMENT

Plaintiffs provide this Notice of Settlement, and states that the parties have reached an agreement with Defendants as to the resolution of all claims against them, and anticipate submitting a joint stipulation of dismissal to the Court for approval within 30 days.

WHEREFORE, Plaintiffs provides this Notice of the Settlement and respectfully request that the Court vacate all existing litigation dates in this matter as it has been resolved in its entirety.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that the foregoing was electronically filed with the Clerk of the Court via CM/ECF on this 11th day of August, 2011. We further certify that the foregoing was served on all counsel or parties of record on the attached Service List

either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Filing.

        Respectfully submitted,

By:   /s/ Daniel B. Reinfeld
      DANIEL B. REINFELD, ESQ.
      Florida Bar No.: 174815
      DANIEL B. REINFELD, P.A.
      Ives Dairy Commerce Center
      20249 NE 16th Place
      Miami, FL 33179
      Telephone: (954) 558-8139
      Facsimile: (305) 999-0397
      E-Mail: dan@reinfeldlaw.com

**Service List**

JEFFREY SARROW, ESQ.
JEFFREY A. SARROW, P.A.
5551 North University Drive, Suite 204
Coral Springs, FL 33067
Telephone: (954) 475-3188
Facsimile: (954) 474-4416
E-Mail: jsarrowpa@aol.com

JOSHUA MIGDAL, ESQ.
BOYD SANTINI PARKER & COLONNELLI
100 SE Second Street, 36th Floor
Miami, FL 33131
Telephone: (786) 425-1045
Facsimile: (786) 425-3905
E-Mail: jmigdal@boydlawgroup.com