UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-61359-CIV-ALTONAGA/Simonton

**ACCESS FOR THE DISABLED,
INC.**, **ROBERT COHEN**, and
**PATRICIA KENNEDY**,

    Plaintiffs,
vs.

**PLANTATION PROMENADE,
LTD.**, and **BEVERLY HILLS
CAFÉ IX, INC.**,

    Defendants.
_____/

**ORDER OF DISMISSAL WITH PREJUDICE**

**THIS CAUSE** came before the Court on the parties' Joint Stipulation for Dismissal with Prejudice [ECF No. 36]. Being fully advised, it is

**ORDERED AND ADJUDGED** that this matter is dismissed with prejudice. Each party shall bear its own fees and costs. If the parties wish the Court to retain jurisdiction to enforce their agreement, they are to submit the written agreement to the Court within thirty (30) days of the date of this Order. The Clerk shall **CLOSE** this case, and all pending motions are **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 9th day of September, 2011.

_____
**CECILIA M. ALTONAGA**
**UNITED STATE DISTRICT JUDGE**

cc:   counsel of record